UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16cr0467 JM |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| CLEMENTE RAMOS, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 14, 2016

JEFFREY T. MILLER
United States District Judge